# United States Bankruptcy Court
### District of Idaho

In re  **Kevin Dwayne Moore**                                          Case No.
                                         Debtor(s)                     Chapter    **7**

## DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Debtor's name (enter full name):    **Kevin Dwayne Moore**

Does Debtor have a domestic support obligation:  **X**  yes  _____ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: Lifecare Center of Coeur d'Alene, 500 W. Aqua Ave., Coeur d'Alene, ID 83815.

Name, address and phone number for the holder of the claim of support: **Rachel Anne Dolezal**

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $ **480.00** per **Month** (i.e. month, week, etc.)

Term of support obligation: from **3-29-04** until **son is 18 years old**.

Amount that the domestic support obligation is in arrears: $ **0.00**.

Court name and jurisdiction in which order of support was issued: **District Court of the 1st Judicial District of the State of ID, for Kootenai County**

Court Case No. **CV-04-8499**.

Name, address and phone number of the State child support enforcement agency involved in such claim:

**Region-1 Self Reliance Program, 1120 Ironwood Dr., Ste. 202, Coeur d'Alene, ID 83814; (208) 769-1413**.

**I declare under penalty of perjury that the foregoing is true and correct.**

 /s/ Kevin Dwayne Moore                                                3/22/10
**Kevin Dwayne Moore**                                                 **Date**
**Signature of Debtor**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571